**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE STEWART,<br><br>          Plaintiff,<br><br>    v.<br><br>E. VILLANUENVA,<br><br>          Defendant. | )   NO. CV 14-2895-AB (AS)<br>)<br>)<br>)<br>)       **JUDGMENT**<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 30, 2017.


_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE